UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

STEPHANIE WOZNICKI,

        Plaintiff,

v.                                      Case No: 6:18-cv-2090-WWB-GJK

RAYDON CORPORATION, DONALD K. ARIEL, DAVID P. DONOVAN, THE ESOP COMMITTEE OF THE RAYDON CORPORATION EMPLOYEE STOCK OWNERSHIP PLAN, LUBBOCK NATIONAL BANK, DAVID P. DONOVAN 2012 TRUST, ARIEL FAMILY TRUST DATED DECEMBER 18, 2012, PAMELA W. ARIEL, VERNA L. DONOVAN 2012 TRUST, DAVID P. DONOVAN, JR., IRREVOCABLE TRUST DATED JULY 25, 2008, LORI L. WEISS IRREVOCABLE TRUST DATED JULY 25, 2008 and NIKI J. DUNCAN IRREVOCABLE TRUST DATED JULY 25, 2008,

        Defendants.
_____/

## **ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion for Preliminary Approval of Class Action Settlement (Doc. 208). United States Magistrate Judge Gregory J. Kelly filed a Report and Recommendation (Doc. 211), in which he recommends that the Motion be denied, and the parties be permitted to file a renewed motion. The parties filed a Joint Notice That No Objection Will Be Filed (Doc. 212), wherein they request at least forty-five days to file a renewed motion.

After an independent de novo review of the record and noting the parties' notice of non-objection, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 211) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Preliminary Approval of Class Action Settlement (Doc. 208) is **DENIED**.

3. The parties may file a renewed motion in accordance with the Report and Recommendation and this Order on or before **April 19, 2021**.

**DONE AND ORDERED** in Orlando, Florida on February 17, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record