**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STEPHANIE WOZNICKI,

        Plaintiff,

v.                                    Case No: 6:18-cv-2090-WWB-GJK

RAYDON CORPORATION, DONALD K.
ARIEL, DAVID P. DONOVAN, THE
ESOP COMMITTEE OF THE RAYDON
CORPORATION EMPLOYEE STOCK
OWNERSHIP PLAN, LUBBOCK
NATIONAL BANK, DAVID P.
DONOVAN 2012 TRUST, ARIEL
FAMILY TRUST DATED DECEMBER
18, 2012, PAMELA W. ARIEL, VERNA
L. DONOVAN 2012 TRUST, DAVID P.
DONOVAN, JR., IRREVOCABLE
TRUST DATED JULY 25, 2008, LORI L.
WEISS IRREVOCABLE TRUST DATED
JULY 25, 2008 and NIKI J. DUNCAN
IRREVOCABLE TRUST DATED JULY
25, 2008,

        Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Renewed Motion for
Preliminary Approval of Class Action Settlement (Doc. 216). United States Magistrate
Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 218), in which he
recommends that the Motion be granted but highlights certain clerical and insignificant
errors in the proposed notice that should be corrected. Thereafter, the parties filed a Joint
Notice (Doc. 219), noting that amendments had been made to the proposed Notice of
Class Action Settlement ("**Class Notice**," Doc. 219-1) to correct these issues.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 218) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The parties' Joint Renewed Motion for Preliminary Approval of Class Action Settlement (Doc. 216) is **GRANTED**.

3. The Amended Class Action Settlement Agreement (Doc. 217-1) and Class Notice (Doc. 219-1) are **APPROVED**.

4. On or before **November 15, 2021**, the Settlement Administrator shall send the Class Notice to all class members identified by Defendants in the class data by electronic mail, if available, or by U.S. mail, if electronic mail is unavailable or undeliverable. The Settlement Administrator shall also post the Class Notice and all other documents and information as outlined in the parties' Motion and the Report and Recommendation on a settlement website.

5. On or before **December 15, 2021**, the Settlement Administrator shall file a declaration with the Court confirming that the Class Notice and any other information required by the Settlement or the Plan of Allocation were sent in accordance with this Order.

6. Class counsel shall file any motions for attorneys' fees, costs, and service awards on or before **December 15, 2021**.

2

7.  Any and all Class Member objections must be filed with this Court and served on class counsel in accordance with the Class Notice no later than **December 30, 2021**, and must include the information set forth in the Class Notice.

8.  Any Class Member that challenges his or her ESOP account data, including the number of Raydon shares allocated to the Class Member's ESOP account, as determined by the Raydon Defendants must submit a challenge and supporting documentation to the Settlement Administrator on or before **December 30, 2021**. The challenge must state the identity of the participant or beneficiary making the challenge and set forth the evidentiary basis establishing that the data provided by the Raydon Defendants is not correct.

9.  The Settlement Administrator shall file its recommended findings, including its explanation and supporting evidence, as to the accuracy of the account data based on the challenges by any Class Member or potential Class Member with the Court on or before **January 18, 2021**.

10. Class counsel shall file a motion for final approval of the settlement on or before **January 25, 2021**.

11. A final fairness hearing will be held on **February 8, 2022**, at 1 p.m. before the undersigned in Courtroom 3B.

12. This case is **STAYED** pending the resolution of the motion for final approval of the settlement. The Clerk is directed to administratively close this case.

**DONE AND ORDERED** in Orlando, Florida on October 26, 2021.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record