# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

STEPHANIE WOZNICKI,

    Plaintiff,

v.                                                  Case No. 6:18-cv-2090-WWB-GJK

RAYDON CORPORATION, DONALD K.
ARIEL, DAVID P. DONOVAN, THE
ESOP COMMITTEE OF THE RAYDON
CORPORATION EMPLOYEE STOCK
OWNERSHIP PLAN, LUBBOCK
NATIONAL BANK, DAVID P.
DONOVAN 2012 TRUST, ARIEL
FAMILY TRUST DATED DECEMBER
18, 2012, PAMELA W. ARIEL, VERNA
L. DONOVAN 2012 TRUST, DAVID P.
DONOVAN, JR., IRREVOCABLE
TRUST DATED JULY 25, 2008, LORI L.
WEISS IRREVOCABLE TRUST DATED
JULY 25, 2008 and NIKI J. DUNCAN
IRREVOCABLE TRUST DATED JULY
25, 2008,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Class Counsel's Unopposed Motion for Attorneys' Fees and Expenses (Doc. 229) and Unopposed Motion for Final Approval of Class Action Settlement (Doc. 237). As set forth herein, the Motions will be granted.

The Amended Class Action Settlement Agreement ("**Settlement**," Doc. 217-1) was preliminarily approved as explained in this Court's October 26, 2021 Order (Doc. 220). The parties have completed the notice process as set forth in the October 26, 2021 Order, as modified by the November 30, 2021 Order (Doc. 223), and seek final approval of the

Settlement and an award of attorneys' fees and costs. The Court held a final fairness hearing in this matter on February 17, 2022, at which all class representatives appeared and no objections to settlement were made. (Doc. 247). Of the 181 class members notified, no class member opted-out or made any objection to the proposed settlement. (Doc. 226-1 at 4–5; Doc. 233-1 at 2–3).

For the reasons set forth in the Report and Recommendation (Doc. 218), which was adopted by this Court, (Doc. 220 at 2), and upon finding that the notice procedures were fully complied with, this Court grants final approval of the Settlement, including, but not limited to, the releases therein. The Court finds that the Settlement is in all respects fair, reasonable, and adequate, and in the best interests of all those affected by it. No objections were filed. Accordingly, this Order binds all Settlement Class Members who did not opt out.

Additionally, having considered Plaintiff's requests for attorneys' fees and costs and the applicable factors, the Court finds that the fees and costs requested are fair and reasonable and will approve an award of the same.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. Class Counsel's Unopposed Motion for Attorneys' Fees and Expenses (Doc. 229) and Unopposed Motion for Final Approval of Class Action Settlement (Doc. 237) are **GRANTED**.

2. The Amended Class Action Settlement Agreement (Doc. 217-1) and Plan of Allocation (Doc. 217-2) are **APPROVED**. The parties to the Settlement shall carry out their respective obligations thereunder.

3. The attorneys' fee award in the amount of thirty-three percent of the Settlement Fund and the costs award in the amount of $64,169.01 is **APPROVED**.

4. This Court retains jurisdiction over this action, including over the administration, implementation, interpretation, and enforcement of the Settlement.

5. This case is **DISMISSED with prejudice**.

6. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on May 2, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

3